Clifford C. Kane, Plaintiff-Appellee, v. Sam Pear, Administrator of Estate of John R. Pear, Deceased, Defendant-Appellant.

Term No. 51F14.

John B. Harris, for appellant; Eugene H. Widman, for appellee. Opinion by PRESIDING JUSTICE SCHEINEMAN. Not to be published in full. Opinion filed May 9, 1951; released for publication May 25, 1951.